```
 1  THEODORE G. SPANOS, State Bar No. 126354
    MORGAN, LEWIS & BOCKIUS LLP
 2  300 South Grand Avenue
    Twenty-Second Floor
 3  Los Angeles, CA  90071-3132
    Tel:  213.612.2500
 4  Fax:  213.612.2501

 5  Attorneys for Defendant
    DANIEL S. WOOD
 6

 7  MARK A. SENN, State Bar No. 056349
    SENN LEWIS & VISCIANO, P.C.
 8  1801 California Street, #4300
    Denver, Colorado 80202
 9  Tel:  303.298.1122
    Fax:  303.296.9101
10
    Attorneys for Plaintiff
11  Robert W. Walter Individually and
    Derivatively on Behalf of Nominal
12  Defendant Consumer Portfolio Services,
    Inc., a California corporation
13
```

FILED
MAY - 2 2003
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

LODGED
MAY - 2 2003
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

___ Priority
_X_ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

BY FAX

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT W. WALTER, individually and Derivatively on Behalf of Nominal Defendant Consumer Portfolio Services, Inc., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES E. BRADLEY, JR., JOHN G. POOLE, WILLIAM B. ROBERTS, THOMAS L. CHRYSTIE, JOHN E. MCCONNAUGHY, JR., DANIEL S. WOOD, ROBERT A SIMMS, and CHARLES E. BRADLEY, SR. and DOES I through 25, inclusive,<br><br>Defendants. | Case No. SACV03-401GLT(MLGx)<br><br>**STIPULATION RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT; ORDER THEREON** |

ENTER ON ICMS
MAY - 5 2003

1-LA/700956.2

STIPULATION RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT; ORDER THEREON

1  CONSUMER PORTFOLIO SERVICES,
   INC., a California
2  corporation,

3       Nominal Defendant.

4

5

6

7       Plaintiff Robert W. Walter and defendant Daniel S. Wood, by
8  and through their respective counsel of record, hereby stipulate
9  and agree that the time for Mr. Wood to respond to the Complaint
10 is hereby extended from May 5, 2003, to and including May 20,
11 2003. This extension of time shall also be applicable to John G.
12 Poole, William B. Roberts, Thomas L. Chrystie, John E.
13 McConnaughy, Jr., Robert A. Simms, and Charles E. Bradley, Sr.

14 Dated: May 2, 2003                MORGAN, LEWIS & BOCKIUS LLP

15

16                                   By _____
                                        Theodore G. Spanos
17                                      Attorneys for Defendant
                                        DANIEL S. WOOD
18

19 Dated: May 2, 2003                SENN, LEWIS & VISCIANO, P.C.

20

21                                   By _____
                                        Mark A. Senn
22                                      Attorneys for Plaintiff
                                        ROBERT W. WALTER
23

24      IT IS SO ORDERED.

25

26 DATED: 5/2/03                     _____
                                     UNITED STATES DISTRICT JUDGE
27                                   GARY L. TAYLOR

28

LLA/7009563                          2

## PROOF OF SERVICE

I declare as follows:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, CA 90071-3132. On May 2, 2003, I served the within documents:

**STIPULATION RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT; ORDER THEREON**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

Mark A. Senn
SENN LEWIS & VISCIANO, P.C.
1801 California Street, #4300
Denver, CO 80202

fax: 303.296.9101

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 2, 2003, at Los Angeles, California.

_____
Janice Ogle